# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**KHALIN COLLINS**                                                                          **PETITIONER**
**ADC #154527**

**v.**                                        **CASE NO. 5:16-CV-00230 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                       **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's findings and recommendations [Doc. No. 11] are adopted. Khalin Collins's petition for writ of habeas corpus is denied as moot and dismissed with prejudice for lack of jurisdiction. A certificate of appealability is denied because Collins has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 5th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE